**Order entered August 16, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00218-CR

**TOBY FRANCIS TRACY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-39255-M**

## ORDER

Before the Court is appellant's August 9, 2019 second motion for extension of the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 9, 2019. If appellant's brief is not filed by September 9, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
        JUSTICE